## 4026. RODGERS v. HILL-WILLIAMSON CO.

POTTLE, J. 1. Assignment of error upon a judgment overruling a demurrer to a plea can not properly be made in a motion for a new trial. *McCranie* v. *Shipp*, 10 *Ga. App.* 544.

2. The evidence was conflicting and authorized the verdict in the defendant's favor. There was no error in the admission of evidence. In the light of the entire charge, the extracts therefrom upon which error is assigned are free from substantial error. No sufficient reason has been shown for reversing the judgment refusing a new trial.

*Judgment affirmed.*

DECIDED MAY 7, 1912.

Action on contract; from city court of Oglethorpe—Judge Greer. January 20, 1912.

*Jesse J. Bull, Jared J. Bull,* for plaintiff.

*Jule Felton,* for defendant.

---

## 4089. BUTLER v. MAYOR AND COUNCIL OF WASHINGTON.

POTTLE, J. The keeping of intoxicating liquor for the purpose of illegal sale may be shown circumstantially as well as by direct evidence of a sale. In the present case there were circumstances and legitimate inferences sufficient to authorize the conviction.    *Judgment affirmed.*

DECIDED MAY 7, 1912.

Certiorari; from Wilkes superior court—Judge Walker. February 27, 1912.

*F. H. Colley,* for plaintiff in error. *William Wynne,* contra.